**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA 19106**

October 6, 2020

Nicholas J. Linker
Zemel Law LLC
1372 Broad Street, Suite 203-C
Clifton, New Jersey 07013

      RE: *Yarisa Lewis v. Experian Information Solutions, Inc., et al.*
      Civil Action No. 20-cv-3159-JMY

Dear Counsel:

      A review of the Court's records shows that service of the complaint has not been made as to Defendant Account Resolution Services, LLC in the above-captioned action.

      Rule 4(m) of the Federal Rules of Civil Procedure requires that the defendant(s) must be served with the complaint within ninety days after the complaint is filed. If service is not made by **November 5, 2020**, Defendant Account Resolution Services, LLC will be dismissed without prejudice from this action unless good cause for failure to comply with Rule 4(m) is shown prior to that time.

      Sincerely,

      /s/ Dedra Brannan
      Dedra Brannan
      Deputy Clerk to Judge John M. Younge