UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Yarisa Lewis, | Case No.: 2:20-cv-3159 |
| Plaintiff, | |
| vs. | |
| Account Resolution Services, LLC; Experian Information Solutions, Inc., | **NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMAITON SOLUTIONS, INC. ONLY** |
| Defendants. | |

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Yarisa Lewis ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 23rd day of November, 2020.

Respectfully Submitted,

/s/ Nicholas Linker
Nicholas Linker, Esq.
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
T: 862-227-3106
NL@zemellawllc.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2020 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the courts ecf filing system.

   /s/ Nicholas Linker
Nicholas Linker