## AFFIDAVIT OF SERVICE

**Commonwealth of Pennsylvania**     **County of Eastern**     **U.S. District Court**

Case Number: 2:20-CV-03159-JMY

Plaintiff/Petitioner:
**YARISA LEWIS**
vs.
Defendant/Respondent:
**ACCOUNT RESOLUTION SERVICES, LLC, et al.**

Received by HPS Process Service & Investigations to be served on **Account Resolution Services, LLC ("ARS"), c/o Alcoa Billing Center, 3429 Regal Drive, Alcoa, TN 37701**. I, _Ray Meade_, being duly sworn, depose and say that on the _21st_ day of _October_, 20_20_ at _10:13_ a.m., executed service by delivering a true copy of the Summons in a Civil Action and Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving _Ashley Durban_
as _Legal Assistant_ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _21_ day of _October_, _2020_ by the affiant who is personally known to me.

_Andrea Rue_
NOTARY PUBLIC

Andrea Rue, Notary Public
State at Large, Kentucky
My Commission Expires 5/12/2021

_Ray Meade_
PROCESS SERVER # _NA_
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2020020110

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t