

NICHOLAS LINKER, ESQ. (PA, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:   (862) 227-3106
FAX:       (862) 204-5901
NL@ZEMELLAWLLC.COM

December 10, 2020

**VIA email:**

Honorable John Milton Younge
United States District Judge
U.S. District Court
Room 4007
601 Market Street
Philadelphia, Pennsylvania 19106

   *RE:* **Lewis v. Account Resolution Services, LLC**
     Case Number:  2:20-cv-3159

Dear Judge Younge:

  I represent Plaintiff Yarisa Lewis in this matter. Plaintiff hereby respectfully request the Court grant an extension of the deadline to respond to ARS Account Resolution Services' Motion to Quash service. Plaintiff respectfully requests an extension of time to respond until December 29, 2020. This motion, served the day before Thanksgiving, requires investigation into the facts of the service, which require more time. Plaintiff has conferred with counsel for ARS Account Resolution Services, who does not oppose this request.

  For this reason, Plaintiff respectfully requests an extension of time to oppose the motion until December 29, 2020. Thank you for your attention to this matter.

            Respectfully submitted,

            /s/ Nicholas Linker
            Nicholas Linker, Esq.
            Zemel Law LLC
            660 Broadway
            Paterson, New Jersey 07514
            T: 862-227-3106
            NL@zemellawllc.com

Cc: Kelly Locher, Esq.
     Mohammad A. Ghiasuddin, Esq.
     Richard J. Perr, Esq.
     Monica M Littman, Esq.