

*Monica M. Littman, Esquire*
*mlittman@kdvlaw.com*

**Kaufman Dolowich & Voluck, LLP**
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: 215-501-7002
Facsimile: 215-405-2973

www.kdvlaw.com

December 31, 2020

<u>**Via Email (Chambers_Younge@paed.uscourts.gov)**</u>

The Honorable John Milton Younge
Judge, U.S.D.C., E.D. Pa.
4007 U.S. Courthouse - Courtroom 4-A
Philadelphia, PA 19106

      Re:    Yarisa Lewis v. Account Resolution Services, LLC and Experian Information Solutions, Inc.
             U.S.D.C., E.D. Pa., Civil Action No. 2:20-cv-03159-JMY

Dear Judge Younge:

      I represent Petitioner/Movant ARS Account Resolution Services ("ARS") in the above-captioned matter. I am writing to respectfully request an extension of the deadline for ARS to file its Reply in Support of its Motion to Quash Plaintiff's Attempted Service of Process and to Dismiss Plaintiff's Complaint ("Motion"). (Doc. 13).

      Plaintiff filed her Opposition to ARS's Motion on December 29, 2020. (Docs. 17-18). As a result, the deadline for ARS to file its Reply is January 5, 2020. Given the upcoming holiday, ARS respectfully requests that Your Honor extend this deadline to January 12, 2021. This is ARS's first request for an extension to file its Reply. ARS has conferred with counsel for Plaintiff, Yarisa Lewis ("Plaintiff") regarding this request, and Plaintiff has no objection to this request.

      Wherefore, ARS respectfully requests that Your Honor extend the deadline for ARS to file its Reply to January 12, 2021.

                                                             Respectfully,

                                                           <u>/s/ Monica M. Littman</u>
                                                           MONICA M. LITTMAN

cc:    Richard J. Perr, Esq. (via email)
        Nicholas J. Linker, Esq. (via email)
        Kelly M. Locher, Esq. (via email)
        Mohammad A. Ghiasuddin, Esq. (via email)