# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YARISA LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCOUNT RESOLUTION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:20-cv-3159<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND** |

Upon consideration of Plaintiff's motion for leave to amend the complaint, and good cause appearing therefore;

IT IS HEREBY ORDERED that the motion is **GRANTED**.

IT IS FURTHER ORDERED that the proposed amended complaint submitted by Plaintiff shall be entered on to the record. The Clerk of Court shall hereby issue an amended summons.

IT IS FURTHER ORDERED that Plaintiff shall be granted an additional 90 days to serve Defendant after the issuance of the summons.

This _____ day of _____, 2021.

                     _____
                     Hon. John Milton Younge, U.S.D.J.